STATE OF NEW JERSEY v. RICHARD HARRIS.

September 19, 1978. Petition for certification denied.

ERNEST RENDA v. TOWNSHIP OF BRIDGEWATER.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD WALKER.

September 19, 1978. Petition for certification denied.

MARY ANN McCORMACK v. BOARDS OF EDUCATION OF THE NORTHERN HIGHLANDS REGIONAL HIGH SCHOOL DISTRICT AND THE BOROUGH OF FAIR LAWN SCHOOL DISTRICT.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN A. MATTHEWS.

September 19, 1978. Petition for certification denied.

COUNCIL OF CHAPTERS OF THE AMERICAN ASSN. OF UNIVERSITY PROFESSORS AT THE COLLEGE OF MEDICINE & DENTISTRY v. COLLEGE OF MEDICINE & DENTISTRY OF NEW JERSEY.

September 19, 1978. Petition for certification denied.